UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHAWN OLALI,**

   Plaintiff,

v.                        No. 4:24-cv-00203-P

**CVS INC,**

   Defendant.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. The Findings, Conclusions, and Recommendation were based off of a joint motion to compel arbitration filed by the parties. ECF No. 20 The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. While the Parties requested the Court stay the proceedings pending arbitration, it is this Court's ordinary practice to dismiss a case without prejudice when a case is sent to arbitration. If issues arise, the Parties are welcome to refile their case.

   The Court therefore **REFERS** this case to arbitration and that Plaintiff's case is hereby **DISMISSED without prejudice**.

   **SO ORDERED** on this **30th day of May 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE